ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Erik@packardlawoffices.com
        Emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> A&S METALS OF LOS BANOS, INC., a California corporation, and, STANLEY G. SILVA, JR., an individual, <br><br> Defendants. | Case No. 2:11-CV-02314-LKK-KJN <br><br> STIPULATION TO TRANSFER ACTION INTRA-DISTRICT TO COURT'S FRESNO VENUE PURSUANT TO LOCAL RULE 120; ORDER THEREON <br><br> Judge: Hon. Lawrence K. Karlton |

WHEREAS, the Parties have come to realize that Plaintiff California Sportfishing Protection Alliance ("Plaintiff") inadvertently filed this action in the wrong court within this judicial district;

WHEREAS, pursuant to Local Rule 120(d), intra-district venue is proper in Fresno, California, because the source of the violations alleged within Plaintiff's complaint is located within Stanislaus County;

1    WHEREAS, pursuant to Local Rule 120(f), the Parties file this stipulation and proposed

2    order to transfer this action to the Eastern District's Fresno court;

3    THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, in

4    the interest of complying with Local Rule 120, that this action should be transferred intra-district to

5    the Eastern District's Fresno court.

6

7                                    Respectfully submitted,

8

9    Dated: November 11, 2011        LAW OFFICES OF ANDREW L. PACKARD

10                                   By: **/s/ Erik Roper**_____

11                                   Erik M. Roper
                                     Attorneys for Plaintiff

12                                   California Sportfishing Protection Alliance

13

14   Dated: November 11, 2011        CASTELLÓN & FUNDERBURK LLP

15                                    _/s/ William W. Funderburk, Jr._____
                                     By: William W. Funderburk, Jr.

16                                   (As authorized on November 11, 2011 – L.R. 131)

17                                   Attorneys for Defendants
                                     A&S Metals of Los Banos, Inc.and Stanley G. Silva, Jr.

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        Pursuant to Stipulation, and good cause appearing, it is ORDERED that this action shall be

3  transferred intra-district to the Eastern District's Fresno court.

4        IT IS SO ORDERED.

5                         UNITED STATES DISTRICT COURT FOR THE

6                         EASTERN DISTRICT OF CALIFORNIA

7

8  Dated:  November 14, 2011.

9

10

11                         LAWRENCE K. KARLTON

12                         SENIOR JUDGE
                             UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28